# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | 440-2023-07747 |
| [X] EEOC | |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Mr. Robert K. Davis
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (mbadwan@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: R&S Car Wash, Inc.
**No. Employees, Members**: 15+
**Phone No.**: (630) 213-6500
**Street Address**: 4 North Barrington Road
**City, State and ZIP Code**: Streamwood, IL 60107

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [✓] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04/30/2023
Latest: 6/20/2023
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Robert Davis applied for the position of Car Wash Attendant at R&S Car Wash, Inc. d/b/a Speedy Extreme Car Wash on April 30, 2023 and on June 20, 2023. I was denied the position both times on the basis of my age.

The following is a non-exhaustive list of incidents of the age-based discrimination I was subjected to:

On April 30, 2023 I applied for the position of Car Wash Attendant when I noticed a "Hiring Now" sign outside the business. I spoke with the Manager, Luis (LNU) and asked about the position. Manager, Luis (LNU) laughed and said "How old are you?" I told him I was 61 years old. Manager, Luis (LNU) told me to text him my information, which I did. I let Luis (LNU) know I had experience working at two other car washes. Manager, Luis (LNU) never responded to my application.

On June 20, 2023 I noticed the "Hiring Now" sign was still outside the business, I went inside to inquire about the position again. I spoke with the Manager, Luis (LNU) again, again he asked me "How old are you?" I told him I am 61 years old, I asked him "why do you keep asking me about my age?" He said "I just want to check on your health."

Manager, Luis (LNU) said to me "we usually have 15 year old kids doing this, can you work 8-8?" With confidence, I said "yes, I can work 8-8."

Manager, Luis (LNU) never got back to me, I was not hired on the basis of my age.

Thus, I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act of 1967, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 06 / 23 / 2023
Charging Party Signature: *Robert Davis*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: a12ccdfe1d9376f7c0120b46841ef9c3a8b24a1c