**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEN DAVIS, | |
| Plaintiff, | Case No: 1:23-cv-07631 |
| v. | District Judge Coleman |
| POWER STOP, LLC, | Magistrate Judge Jantz |
| Defendant. | |

## <u>NOTIFICATION OF AFFILIATES</u>

Defendant Power Stop, LLC, by and through undersigned counsel, files this Notification of Affiliates pursuant to Local Rule 3.2. The following entities or individuals own, directly or indirectly (through ownership of one or more other entities), 5% or more of Power Stop, LLC:

- Arvin Scott, a natural person;

- TSG Consumer Partners, LP; and

- Sterling Investment Partners, L.P.

Dated: September 18, 2023

Respectfully Submitted,

POWER STOP, LLC

_____*/s/ Benjamin S. Morrell*_____
By:     One of Its Attorneys

Benjamin Morrell
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000
Firm I.D. No. 29143

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEN DAVIS, | |
| Plaintiff, | |
| v. | Case No: 1:23-cv-07631 |
| | District Judge Coleman |
| POWER STOP, LLC, | Magistrate Judge Jantz |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: September 18, 2023

/s/ Benjamin S. Morrell
Counsel for Defendant