UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEN DAVIS, </br></br>    Plaintiff, </br></br>v. </br></br>POWERSTOP, LLC, </br></br>    Defendant. | Case: 1:23-cv-07631 </br></br>Judge Sharon Johnson Coleman </br></br>Magistrate Judge Beth W. Jantz </br></br>Jury Trial Demanded |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, November 14, 2023 at 10:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the **Honorable Judge Sharon Johnson Coleman** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 1241, Chicago, Illinois 60604, and then and there present **Plaintiff's Motion for Continuance of Initial Status Conference** which was served upon you as indicated on the Certificate of Service.

 

*/s/Alexander J. Taylor, Esq.*
Alexander J. Taylor, Esq.
Chad W. Eisenback, Esq.
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 272-1942
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
ceisenback@sulaimanlaw.com
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, an attorney, certify that on this 6th day of November, 2023, a true and correct copy of the foregoing **Notice of Motion** and **Plaintiff's Motion for Continuance of Initial Status Conference** was filed using the CM/ECF system which effectuates service on all parties of record.

                                                */s/ Alexander J. Taylor, Esq.*
                                                Alexander J. Taylor, Esq.