## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ken Davis

                  Plaintiff,

v.                                         Case No.: 1:23−cv−07631

                                                         Honorable Sharon Johnson Coleman

PowerStop, LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's unopposed motion for continuance of initial status conference[10] is granted. No appearance necessary on 11/14/2023. The in−person status hearing set for 11/8/2023 is stricken and reset to 11/29/2023 at 10:30 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.