# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ken Davis

                Plaintiff,

v.                                         Case No.: 1:23−cv−07631
                                               Honorable Sharon Johnson Coleman

PowerStop, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, November 26, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff to file a response to defendant's motion to dismiss [13] by 12/27/2023. Defendant to file a reply by 1/10/2024. Once the matter is fully briefed, the Court shall take it under advisement. Status hearing and presentment set for 11/29/2023 is stricken. As this Court's website directs, the parties must provide courtesy copies in hard copy form of all substantive and/or dispositive motions, including the corresponding legal briefs and attachments. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.