**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEN DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 1:23-cv-07631** |
| | ) | |
| v. | ) | **Judge Sharon Johnson Coleman** |
| | ) | |
| **POWERSTOP, LLC,** | ) | **Magistrate Judge Beth W. Jantz** |
| | ) | |
| **Defendant.** | ) | **Jury Trial Demanded** |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday, April 10, 2024 at 10:00 a.m.**, or as soon thereafter as the undersigned may be heard, shall appear before the **Honorable Judge Sharon Johnson Coleman** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 1241, Chicago, Illinois 60604, and then and there present **Plaintiff's Motion for Leave to File First Amended Complaint** which was served upon you as indicated on the Certificate of Service.

*/s/Chad W. Eisenback, Esq.*
Chad W. Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 307-7632
Fax: (630) 575-8188
ceisenback@sulaimanlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Chad W. Eisenback, Esq.*
Chad W. Eisenback, Esq.