# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ken Davis

                Plaintiff,

v.                                           Case No.: 1:23−cv−07631
                                                 Honorable Sharon Johnson Coleman

PowerStop, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/10/2024. Plaintiff's motion for leave to file first amended complaint [23],[24] is granted. Counsel for plaintiff is to electronically file the amended complaint as a separate docket entry on the case docket. Defendant's motion to dismiss [13] is stricken. Defendant will refile the motion to dismiss by 4/17/2024. Plaintiff to file a response by 5/8/2024. Defendant to file a reply by 5/15/2024. Once the matter is fully briefed, the Court shall take it under advisement. As this Court's website directs, the parties must provide courtesy copies in hard copy form of all substantive and/or dispositive motions, including the corresponding legal briefs and attachments. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.