## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>POWER STOP, LLC,<br><br>    Defendant. | Case No: 1:23-cv-07631<br><br>District Judge Coleman<br><br>Magistrate Judge Jantz |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, April 30, 2024, at 10:00 a.m.**, the Parties shall appear before the Honorable Judge Sharon Johnson Coleman and present Defendant's Motion to Dismiss in Part Plaintiff's Amended Complaint, a true and correct copy of which has been filed on the docket.

Dated: April 17, 2024

Respectfully Submitted,

POWER STOP, LLC

By: */s/ Benjamin S. Morrell*
    One of Its Attorneys

Heather A. Jackson (ARDC No. 6243164)
hjackson@taftlaw.com
Benjamin S. Morrell (ARDC No. 6341896)
bmorrell@taftlaw.com
Elizabeth C. Wellhausen (ARDC No. 6346609)
ewellhausen@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
Firm I.D. No. 29143

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

      Date: April 17, 2024

                                          */s/ Benjamin S. Morrell*
                                          Counsel for Defendant

Case: 1:23-cv-07631 Document #: 30 Filed: 04/17/24 Page 2 of 2 PageID #:321