# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Ken Davis

      Plaintiff,

v.               Case No.: 1:23−cv−07631
              Honorable Sharon Johnson Coleman

PowerStop, LLC

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

   MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of the Parties' Joint Discovery Plan [43] and adopts the following discovery deadlines. Rule 26(a)(1) disclosures to issue by 2/12/25. Written discovery requests also to issue by 2/12/25. Fact discovery to close on 9/1/25. A telephonic status hearing is set on 4/10/2025 at 2:30 p.m. to update the Court on the progress of discovery, including anticipated depositions and whether they can move forward at that time, and any interest in settlement. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.