**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KEN DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case: 1:23-cv-07631** |
| **v.** | ) |
| | ) |
| **POWER STOP LLC,** | ) **Jury Trial Demanded** |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Ken Davis ("Plaintiff") and Power Stop LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 7th day of October, 2025.

AGREED TO BY:

**/s/ *Chad W. Eisenback***
Chad W. Eisenback, Esq.
Sulaiman Law Group, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575 - 8181
ceisenback@sulaimanlaw.com
*Attorney for Plaintiff*

**/s/ *Elizabeth Wellhausen (with consent)***
Elizabeth Wellhausen, Esq.
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601-4208
Phone: (312) 836-4110
EWellhausen@taftlaw.com
*Attorney for Defendant*

.